No. 03–9200.  WOODRUFF *v.* MAINE DEPARTMENT OF HUMAN SERVICES.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 03–9202.  SANG VAN PHAM *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 03–9203.  O'BRYANT *v.* PORTER ET AL.  C. A. 11th Cir. Certiorari denied.

No. 03–9204.  BUCHANAN *v.* CITY OF FOREST PARK, GEORGIA, POLICE DEPARTMENT, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–9205.  MARKS *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 03–9206.  TOODLE *v.* CITY OF LOS ANGELES, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–9207.  BIFFEL *v.* TEXAS.  Ct. App. Tex., 2d Dist.  Certiorari denied.

No. 03–9211.  ROBINSON *v.* WALLS, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 03–9220.  PARNELL *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 03–9221.  MOORE *v.* MOSLEY, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 03–9222.  JOHNS *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–9223.  HURST *v.* DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 03–9227.  PHELPS *v.* ALAMEDA COUNTY, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–9230.  TODDY *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 03–9234.  SHIELDS *v.* YMCA OF GREATER ST. LOUIS. C. A. 8th Cir.  Certiorari denied.